■ In the Matter of TISHA P., and Others, Children Alleged to be Abused and/or Neglected. MICHAEL F., Appellant; ONON-

DAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [643 NYS2d 260] —Order unanimously affirmed without costs. Memorandum: Family Court's determination that Tisha was sexually abused by respondent is supported by a preponderance of the evidence (*see,* Family Ct Act § 1046 [b] [i]; *Matter of Philip M.,* 82 NY2d 238, 243). From our review of the record, we conclude that the court did not err in rejecting the recantation of Tisha on the second day that she testified (*see, Matter of Karen BB.,* 216 AD2d 754, 756). Lastly, we conclude that the court did not commit reversible error in admitting into evidence the case file of the Onondaga County Department of Social Services (*see, Matter of Department of Social Servs. [R. Children] v Waleska M.,* 195 AD2d 507, 510, *lv denied* 82 NY2d 660; *cf., Matter of Leon RR,* 48 NY2d 117). (Appeal from Order of Onondaga County Family Court, Hedges, J.—Child Abuse and Neglect.) Present—Lawton, J. P., Wesley, Callahan, Balio and Davis, JJ.